UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED

11 JAN 26 PM 2:

CLERK
MIDDLE DISTRICT OF FLO
TAMPA, FLORIDA

UNITED STATES OF AMERICA
ex rel. BRIAN VINCA and
JENNIFER STAUP SWEENEY

    Plaintiffs

v.

ADVANCED BIOHEALING, INC.

    Defendant.

_____/

Case No.

8:11-CV-176-T-30MAP

FILED UNDER SEAL
PURSUANT TO 31 U.S.C.
§3730(B)(2)
DO NOT PLACE IN PRESS BOX
OR ENTER ON PACER
SYSTEM

## FALSE CLAIMS ACT COMPLAINT AND DEMAND FOR JURY TRIAL

### INTRODUCTION

1.    Relators Brian Vinca and Jennifer Staup Sweeney ("Relators") bring this action on behalf of the United States of America against Defendant Advanced Biohealing, Inc., for treble damages and civil penalties for the Defendant's violations of the False Claims Act, 31 U.S.C. §3729 *et seq.*

2.    As required by the False Claims Act, 31 U.S.C. §3730(b)(2), Relators have provided previously to the Attorney General of the United States and to the United States Attorney for the Middle District of Florida a statement of all material evidence and information related to the complaint. This disclosure statement is supported by material evidence known to Relators establishing the existence of Defendant's false claims. Because the disclosure statement includes attorney-client communications and work product of Relators' attorneys, and is submitted to the Attorney General and to the United States Attorney in their capacity as potential co-counsel in this litigation, Relators understand this disclosure to be confidential.

TPA-3240
#350⁰⁰/

S-2

## JURISDICTION AND VENUE

3.    This action arises under the False Claims Act, 31 U.S.C. §3729 *et seq*. This Court has jurisdiction over this case pursuant to 31 U.S.C. §3732(a) and 3730(b), as well as 28 U.S.C. §1345 and §1331.

4.    Venue is proper in this district pursuant to 31 U.S.C. §3732(a), because the acts proscribed by 31 U.S.C. §3729 *et seq*. and complained of herein took place in this district, and is also proper pursuant to 28 U.S.C. §1391(b) and (c) because at all relevant times Defendant transacted business in this district.

## THE PARTIES

5.    Brian Vinca is a sales representative formerly employed by Advanced Biohealing, Inc. in the Tampa Bay region. He was employed by Advanced Biohealing between July 2008 and January 11, 2011.

6.    Jennifer Staup Sweeney is a Reimbursement Specialist currently employed by Advanced Biohealing in its Southeast Division. She has been employed by Advanced Biohealing since January 29, 2009.

7.    Advanced Biohealing, Inc. is a privately held corporation based in La Jolla, California that manufactures and promotes the sale of a human skin substitute product named Dermagraft. Dermagraft is FDA approved to treat diabetic foot ulcers. Dermagraft's annual sales are projected to exceed $145 million in 2010.

8.    Advanced Biohealing sells Dermagraft to physicians across the country specializing in wound care by the piece or by the box. Those physicians in turn bill Medicare for surgical preparation of the graft site prior to application of Dermagraft.

9.    Brian Vinca and Jennifer Staup Sweeney are "original sources" within the meaning of 31 U.S.C. §3730(e)(4)(B), but state that to their knowledge the information

2

contained herein concerning Defendant's False Claims Act violation has not been publicly disclosed.

## ANTI-KICKBACK ACT AND FALSE CLAIMS ACT

10.    As part of their provider agreements with the Medicare program, physicians are required to certify that they will comply with federal health care laws, including the Anti-Kickback Act, 42 U.S.C. §1320a-7b.

11.    The Anti-Kickback Act prohibits offering, paying, soliciting, or receiving any remuneration in return for or to induce the referral of business paid for by the Medicare and Medicaid programs.

12.    Compliance with the Anti-Kickback Act is a condition of payment by the Medicare program. *McNutt v. Haleyville Medical Supplies, Inc.*, 423 F.3d 1256, 1259 (11th Cir. 2005).

13.    Violating the Anti-Kickback Act disqualifies a provider from receiving payment from the Medicare program for claims for services obtained through illegal remuneration. *McNutt v. Haleyville Medical Supplies, Inc.*, 423 F.3d 1256, 1259 (11th Cir. 2005).

14.    The False Claims Act prohibits knowingly causing others to submit false or fraudulent claims to the Medicare program.

## COUNT I: CAUSING PHYSICIANS TO PRESENT FALSE CLAIMS IN VIOLATION OF 31 U.S.C. § 3729(A)(1) (BOTH RELATORS)

15.    Relators reallege and incorporate by reference paragraphs 1 through 14.

16.    From at least July 2008 to the present, and continuing on an ongoing basis, Defendant caused physicians to submit false and fraudulent claims to the Medicare program by providing numerous types of illegal remuneration to physicians in return for those physicians purchasing Dermagraft to use on Medicare patients in the treatment of diabetic foot ulcers.

3

17.    Advanced Biohealing management directs a pervasive scheme to provide numerous types of illegal remuneration to physicians and their office staff in return for (1) those physicians purchasing Dermagraft to use on Medicare patients in the treatment of diabetic foot ulcers, and (2) physician office staff providing Advanced Biohealing with patients' protected health information so that Advanced Biohealing can perform insurance verifications to determine how much Medicare would pay for Dermagraft on specific patients.

18.    These various types of inducements provided by Advanced Biohealing to physicians include:

A.    Providing free medical supplies to physicians;

B.    Providing tickets to sports games and Cirque de Soleil performances to physicians;

C.    Providing free weekends at expensive resort locations to physicians;

D.    Providing free scrubs to physicians;

E.    Providing cameras to physicians to use to take photos of patient wounds for use in case studies for which physicians could be paid by Advanced Biohealing;

F.    Providing free mailers and postage to promote physician practices;

G.    Providing liquor to physicians and their office staff;

H.    Providing edible fruit arrangements to physicians and their office staff;

I.    Providing gas cards to physicians and their office staff;

J.    Providing Starbucks, Bonefish Grill, Applebees, 7-11 and other restaurant gift cards to physicians and their office staff;

K.    Providing American Express, Visa and Blockbuster gift cards to physicians and their office staff;

L.    Providing physicians with free insurance verification forms indicating the reimbursement available to physicians for application of Dermagraft to specific patients to encourage and motivate physicians to apply Dermagraft;

4

M.    Providing a guarantee to physicians that they will not have to pay Advanced Biohealing for the full price of Dermagraft purchased if a patient's insurer does not reimburse the physician at the amount predicted by Advanced Biohealing;

N.    Providing physicians "scrap credits" or rebates for unused pieces of Dermagraft;

O.    Providing physicians with ghost-written letters of medical necessity;

P.    Providing physicians with draft dictation language and progress notes to be included in patient charts to justify using Dermagraft;

Q.    Providing physicians with free business development kits; and

R.    Providing physicians with free "case studies" which physicians use in marketing to referring physicians, home health agencies and assisted living facilities.

19.    Many of these inducements were directed by National Sales Director Sean McCormack. Others were directed by Regional Manager Pete Goodwyn.

20.    Following a compliance presentation at the national sales meeting in Orlando in August 2010, Vice President of Sales Keith O'Briant told the assembled sales representatives that they were to "continue business as usual" despite the compliance presentation.

## COUNT II: UNLAWFUL RETALIATORY DISCHARGE
## IN VIOLATION OF 31 U.S.C. §3730(h)
## (RELATOR VINCA)

21.    Relator Vinca realleges and incorporates by reference paragraphs 1 through 14.

22.    On or about January 11, 2011, Defendant unlawfully discharged Relator Vinca from employment because of lawful acts done by Relator Vinca in furtherance of this False Claims Act action and in furtherance of Relator Vinca's efforts to stop continued violations of the False Claims Act by Defendant.

5

## PRAYER FOR RELIEF

WHEREFORE, Relators respectfully request this Court enter judgment against Defendants and order:

(a)    That the United States be awarded damages in the amount of three times the damages sustained by the United States because of the false and fraudulent claims alleged within this Complaint, as the False Claims Act, 31 U.S.C. §3729, provides;

(b)    That civil penalties of $11,000 be imposed for each and every false and fraudulent claim that Defendants presented to the United States;

(c)    That pre and post-judgment interest be awarded, along with reasonable attorneys' fees, costs and expenses which Relators necessarily incurred in bringing and pressing this case;

(d)    That the Court grant permanent injunctive relief to prevent any recurrence of the False Claims Act violations for which redress is sought in this Complaint;

(e)    That the Relators be awarded the maximum amount allowed pursuant to the False Claims Act;

(f)    That Relator Vinca be awarded all relief necessary to make him whole following his unlawful discharge, including two times the amount of back pay, interest on the back pay, compensation for special damages sustained including litigation costs and reasonable attorneys' fees, and reinstatement with the same seniority status; and

(g)    That the Court award such other and further relief as it deems proper.

6

## Demand for Jury Trial

Relators, on behalf of themselves and the United States, demand a jury trial on all claims alleged herein.

Respectfully submitted,

Barry A. Cohen
bcohen@tampalawfirm.com
Florida Bar No. 096478
**Kevin J. Darken**
Florida Bar No. 0090956
kdarken@tampalawfirm.com
COHEN, FOSTER & ROMINE, P.A.
201 East Kennedy Boulevard, Suite 1000
Tampa, Florida 33602
Telephone: (813) 225-1655
Facsimile: (813) 225-1921
Attorneys for Relators Brian Vinca and
Jennifer Staup Sweeney

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *False Claims Act Complaint and Demand for Jury Trial* has been furnished by hand delivery to: **Robert O'Neill**, United States Attorney, United States Attorney's Office, 400 N. Tampa Street, Ste 3200, Tampa, FL 33602 and to Civil Process Clerk, 400 North Tampa Street, Suite 3200, Tampa, FL 33602; and by Federal Express to **Eric Holder**, United States Attorney General, Dept. of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-001 on this 26th day of January 2011.

_____
Barry A. Cohen
Florida Bar No. 096478
bcohen@tampalawfirm.co
**Kevin J. Darken**
Florida Bar No. 0090956
kdarken@tampalawfirm.com
Cohen, Foster & Romine, P.A.
201 E. Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Telephone: (813) 225-1655
Facsimile: (813) 225-1921
Attorneys for Relators Brian Vinca and
Jennifer Staup Sweeney

8