**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA, *et al.*,

    Plaintiff

v.

ADVANCED BIOHEALING, INC., *et al.*,

    Defendants.
_____/

Case Nos.  8:11-cv-176-T-30MAP
8:12-cv-575-T-30TBM
8:14-cv-969-T-30TBM
8:14-cv-1055-T-30AAS
8:16-cv-268-T-30TBM
8:16-cv-303-T-30TBM

**ORDER ON UNITED STATES' UNOPPOSED MOTION**
**FOR LIMITED LIFT OF STAY AND REQUEST PURSUANT TO**
**RULE 67 AND LR 4.16 FOR LEAVE TO PAY MONEY INTO COURT**

The Court, having considered the United States' unopposed request pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Rule 4.16 to deposit with the Court the sum of $86,380,315.48 ("the Deposit"), or such other amount as may be ordered by the Court, and finding good cause to allow the request;

IT IS HEREBY ORDERED that:

    a.    The stay Order dated February 21, 2018, entered in each of these actions (Dkt. 156 in Case No. 8:11-cv-176-T-30MAP; Dkt. 80 in Case No. 8:12-cv-575-T-33TBM; Dkt 107 in Case No. 8:14-cv-969-T-35TBM; Dkt. 99 in Case No. No. 8:14-cv-1055-T-33EAJ; Dkt. 74 Case No. 8:16-cv-268-T-27TBM; and Dkt. 99 in Case No. 8:16-cv-303-T-27TBM ), is lifted to permit the filing and consideration of the United States' Unopposed Request Pursuant to Rule 67 and LR 4.16 for Leave to Pay Money Into Court.

    b.    The Clerk shall accept the sum of $86,380,315.48 from the United States (or such other sum as the Court may hereinafter order) ("the Deposit") for deposit into an interest-bearing account (or investment into a Court-approved, interest-bearing instrument).

    c.    The Deposit shall remain under the control of the Clerk until such time as any and all appeals and Supreme Court petitions concerning the award or awards to be made to one or more relators pursuant to 31 U.S.C § 3730(d)(1) have been resolved, including appeals or petitions concerning (i) the proper allocation of the proceeds of the settlement of these actions and (ii) the proper percentage of such allocation to be awarded, and the time has run for any such further appeals or Supreme Court petitions to be filed, in each of these actions.  At that time, the United States and each relator to whom an award has been made shall enter into an agreement, conditioned upon such relator's receipt of the sums awarded to him or her under 31 U.S.C § 3730(d)(1), providing for releases of the United States and its agencies, officers, agents, employees, and servants ("Release Agreement"), or if no Release Agreement can be reached, will seek the assistance of the Court in achieving such an agreement.  Thereafter, the Court will issue an Order directing the Clerk to pay from the Deposit, to one or more relators, the award or awards due pursuant to 31 U.S.C. § 3730(d)(1), consistent with the final resolution of such awards, with such interest as has been earned on the amount so paid ("Relator Share Order").

    d.    Any amount of the Deposit not paid to relators pursuant to the Relator Share Order shall be paid back to the United States, together with such interest as has been earned on such amount.

    e.    In the event that the United States and all relators are able to resolve the matter of relators' shares prior to the Court's issuance of a Relator Share Order, the Clerk shall remit the

entire Deposit, with interest, to the United States, which shall pay such funds to the relators in accordance with such resolution, conditioned upon prior execution of a Release Agreement.

  f.  The United States shall deliver a copy of the Order to the Clerk.

DONE AND ORDERED in Tampa, FL, this ___ day of _____, 2018.

                      _____
                      HONORABLE JAMES S. MOODY, JR.
                      United States District Judge

cc:  AUSA Randy Harwell
    AUSA Sean P. Keefe
    400 North Tampa Street
    Suite 3200
    Tampa, FL  33602

    Richard S. Nicholson
    Trial Attorney, Civil Division
    U.S. Department of Justice
    601 D. Street, N.W., Room 9928
    Washington D.C.  20004

    Kevin J. Darken, Esq.
    The Cohen Law Group
    201 East Kennedy Boulevard, Suite 1950
    Tampa, FL 33602

    Jonathan K. Tycko, Esq.
    Tycko & Zavareei LLP
    2000 L Street NW, Suite 808
    Washington, DC   20036
    Jeff Brown, Esq.
    Brown and Doherty
    450 Carillon Parkway, Suite 120
    St. Petersburg, FL 33716

    William L. Hurlock, Esq.
    Mueller Law LLC
    363 Bloomfield Avenue, Suite 2-C
    Montclair, NJ  07042

Robert A. Wallner, Esq.
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza, 19th Floor
New York, NY  10119

Trevor W. Howell, Esq.
Howell Law Firm, LLC
701 Broadway, Suite 401, Box 17
Nashville, TN 37203

Ray M. Thompson, Esq.
P.O. Box 8117762
Mobile, AL 36689

Silvija A. Strikis, Esq.
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
1615 M Street, NW, Suite 400
Washington, DC 20036