UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                         Case No. 8:11-cv-176-T-30AAS

**SHIRE REGENERATIVE MEDICINE, INC.,**

    **Defendant.**

_____/

## ORDER OF RECUSAL

This order follows the undersigned serving as mediator during two recent settlement conferences. Under 28 U.S.C. Section 455(a), a judge must disqualify herself in any proceeding in which her impartiality might reasonably be questioned. When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself sua sponte with any doubts to be resolved in favor of disqualification. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

Considering the knowledge the undersigned obtained during settlement discussions as it relates to the only issue remaining to be litigated in this case, the undersigned's impartiality may be reasonably questioned in this case. It is therefore appropriate to recuse myself in this case. However, I need not recuse in the other five

related cases[1] because the only issue remaining to be litigated in this case is not present in those cases and all outstanding issues have been resolved in those cases.

The Clerk of Court is **DIRECTED** to randomly reassign this case to another United States Magistrate Judge. The undersigned will remain as the magistrate judge on the other related five cases, listed in footnote 1.

**ORDERED** in Tampa, Florida, on April 23, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

---

[1] *Medolla ex rel. United States v. Advanced Biohealing, Inc.*, 8:12-CV-575-T-30AAS; *Petty ex rel. United States v. Shire Regenerative Medicine, Inc.*, 8:14-CV-969-T-30AAS; *Montecalvo ex rel. United States v. Shire Regenerative, Inc.*, 8:16-CV-268-T-30AAS; *Harvey ex rel. United States v. Advanced Biohealing, Inc.*; 8:16-CV-303-T-30AAS; *United States v. Advanced Biohealing, Inc.*, 8:14-CV-1055-T-30-AAS.