UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. BRIAN VINCA and
JENNIFER STAUP SWEENEY                    Case No. 8:11-CV-176-T30MAP

    Plaintiffs

v.

ADVANCED BIOHEALING, INC.

    Defendant.
_____/

## FORMER VINCA COUNSEL'S NOTICE OF FILING OF DECLARATIONS

Undersigned counsel hereby files the attached signed declarations of Kevin M. Cohen, Kevin J. Darken, Daniel Smith, Graeme McMurray, Mary Danielowich and Chester Kwitowski in support of Former Vinca Counsel's Motion to Disqualify (Doc. 199).

Dated: May 10, 2019

    Respectfully submitted,

    */s/ Kevin J. Darken*
    Kevin J. Darken
    Florida Bar No. 0090956
    kdarken@kevindarken.com
    iward@kevindarken.com
    Kevin J. Darken Law Group, LLC
    332 S. Plant Avenue
    Tampa, FL 33606
    Phone (813) 513-4913
    Filed on behalf of Former Counsel to Brian Vinca Barry A. Cohen, P.A., Saady & Saxe, P.A., and Kevin J. Darken

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of May 2019, a true and correct copy of the foregoing has been furnished by CM/ECF to counsel of record.

>                   */s/ Kevin J. Darken*_____
>                   Kevin J. Darken