UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
ex. rel. BRIAN VINCA and
JENNIFER SWEENY,

        Plaintiff,

v.                                  Case No. 8:11-cv-176-T-30AEP

ADVANCED BIOHEALING,

        Defendant.
_____/

## ORDER

This cause came before the Court upon Barry A Cohen, P.A.'s ("the Cohen Firm") Motions for Protective Order (Docs. 389 & 390) and Motion to Compel (Doc. 394), Relator Brian Vinca's ("Relator Vinca") Motion to Compel (Doc. 395), and Saady & Saxe, P.A.'s ("S&S") Motion to Quash (Doc. 396). A hearing on the motions was held on November 16, 2020. For the reasons stated at the hearing, it is hereby

ORDERED:

1.      The Cohen Firm's Motions for Protective Order (Doc. 389 & 390) are GRANTED.

2.      The Cohen Firm's Motion to Compel (Doc. 394) is GRANTED IN PART AND DENIED IN PART to the extent that all discovery requests must be produced by January 4, 2021.

3.      Relator Vinca's Motion to Compel (Doc. 395) is GRANTED IN PART AND DENIED IN PART as follows:

        a.      With respect to Relator Vinca's Requests for Production No. 9, 10, 12, and 13, the requests are denied.

        b.      With respect to Relator Vinca's Requests for Production No. 15 and 16, Relator Vinca shall have until November 30, 2020 to narrowly tailor the requests to only the issues raised in the case. For example, documents pertaining to loans or the unlawful practice of law.

4.      S&S's Motion to Quash (Doc. 396) is GRANTED IN PART AND DENIED IN PART to the extent that the deposition subpoena is quashed as to Daniel L. Saxe, Esq.

5.      The parties shall have until January 4, 2021 to produce all outstanding discovery responses.

6.      The parties shall have until January 25, 2021 to produce any supplemental discovery responses.

7.      An evidentiary hearing shall be held beginning February 22, 2021.

DONE AND ORDERED in Tampa, Florida, on this 18th day of November, 2020.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:      Counsel of Record